UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

-v-                                                  :

YOUSEF SAARTI,                             :

          Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-11
```

NOLLE PROSEQUI

04 Cr. 12 (AKH)

1. The filing of this nolle prosequi will dispose of this case.

2. On January 7, 2004, Information 04 Cr. 12 (AKH), attached hereto, was filed, charging YOUSEF SAARTI with:

    a. one count of distribution and possession with intent to distribute 50 grams and more of methamphetamine, in a form commonly referred to as "crystal meth," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A);

    b. one count of distribution and possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); and

    c. one count of distribution and possession with intent to distribute mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine, commonly referred to as "ecstasy," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

3. On or about May 9, 2011, SAARTI died while still awaiting sentencing.

4. In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed with respect to Information 04 Cr. 12 (AKH).

Dated: New York, New York
       June /3, 2011

SERRIN TURNER
Assistant United States Attorney
Telephone Number: (212) 637-1946

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to YOUSEF SAARTI with respect to Information 04 Cr. 12 (AKH).

By: _____
Acting United States Attorney
Pursuant to 28 C.F.R. §0.136

PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
       June __, 2011

SO ORDERED:

_____ Part One
HONORABLE ALVIN K. HELLERSTEIN
United States District Judge
Southern District of New York
Part I

Dated: New York, New York
       ~~June __, 2011~~
       July 5, 2011